IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW WAYNE FREEZE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1957 |
| | § | |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this habeas corpus action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this  8th  day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge

1